UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD,

        Plaintiff,                                        CASE NO.:   1:19-cv-02026

    v.

JESSICA YANG a/k/a YANG XIAO GENG a/k/a
JESSICA QIAO, YI Q. ZHAN a/k/a YI QIANG ZHAN
 a/k/a JIMMY ZHAN, STAR MARK MANAGEMENT, INC.,
GREAT MARK CORPORATION, GREAT KINGSLAND, INC.,
G.K EXOTIC, INC., EZ FANTASY, INC.,
BEAUTY LOVER EXPRESS, INC., and,
JOHNSON STORAGE, INC.,

        Defendants.
---------------------------------------------------------------------------X

**SUMMONS IN A CIVIL ACTION**

To: JESSICA YANG a/k/a YANG XIAO GENG a/k/a JESSICA QIAO, 67-49 166th Street, Fresh Meadows, New York, 11365.
YI Q. ZHAN a/k/a YI QIANG ZHAN  a/k/a JIMMY ZHAN, 67-49 166th Street, Fresh Meadows, NY, 11365.
STAR MARK MANAGEMENT, INC., 136-15 41 Avenue, Ste. 56, Flushing NY 11355
GREAT MARK CORPORATION, 67-49 166th Street, Fresh Meadows, NY, 11365.
GREAT KINGSLAND, INC., 136-15 41st Avenue, Flushing, NY 11355.
G.K EXOTIC, INC., 33-70 Prince Street #CA28-61, Flushing, NY 11354.
EZ FANTASY, INC., 33-70 Prince Street #CA28-61, Flushing, NY 11354.
BEAUTY LOVER EXPRESS, INC., 136-15 41st Avenue, Flushing, NY 11355.
JOHNSON STORAGE, INC., 1101 Metropolitan Avenue, Brooklyn, NY 11211.
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    The Law Offices of Peter Sverd, PLLC
    225 Broadway, Suite 613
    New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

                                          Douglas C. Palmer
                                          *CLERK OF COURT*

Date:   4/9/2019                                 /s/Priscilla Bowens
                                            *Signature of Clerk or Deputy Clerk*

