**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK        FILED ON: 4/9/2019    INDEX NO.: 1:19-CV-02026-FB-CLP

KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD        Plaintiff(s)-Petitioner(s)

-vs-

JESSICA YANG A/K/A YANG XIAO GENG A/K/A JESSICA QIAO, ET. AL.

Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SARATOGA    ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 15, 2019    at 1:20 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTOR AND COMPLAINT AND CIVIL COVER SHEET**
bearing index number: 1:19-CV-02026-FB-    and date of filing: 4/9/2019
upon **JOHNSON STORAGE, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NEW YORK 12210**

**MANNER OF SERVICE**

*Personal*
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST** the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on    . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of    or the United States as the term is defined in either State or Federal statutes.

**DESCRIPTION**} deponent describes the person actually served as:
Sex: FEMALE    Race/Skin Color: WHITE    Hair Color: BLONDE
Approximate Age: 45    years    Approximate Height: 5'7"    Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 15, 2019

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
    affidavit # 194061
    NLS # 19-4260

Mark E. McClosky
Deponent

FIRM FILE # 500233

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK     FILED ON: 4/9/2019     INDEX NO.: 1:19-CV-02026-FB-CLP

KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD                              Plaintiff(s)-Petitioner(s)

-vs-

JESSICA YANG A/K/A YANG XIAO GENG A/K/A JESSICA QIAO, ET. AL.

                                                                          Defendant(s)-Respondent(s)

STATE OF NEW YORK        }
COUNTY OF SARATOGA       ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 15, 2019   at 1:20 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTOR AND COMPLAINT AND CIVIL COVER SHEET**
bearing index number: 1:19-CV-02026-FB-    and date of filing: 4/9/2019
upon **STAR MARK MANAGEMENT, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NEW YORK 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 306 BCL .
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on         . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of             or the United States as the term is defined in either State or Federal statutes.

## DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE              Race/Skin Color: WHITE            Hair Color: BLONDE
Approximate Age: 45  years   Approximate Height: 5'7"      Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 15, 2019

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
    affidavit # 194056
    NLS # 19-4260

Mark E. McClosky
Deponent

FIRM FILE # 500228

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ON: 4/9/2019          INDEX NO.: 1:19-CV-02026-FB-CLP

KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD

Plaintiff(s)-Petitioner(s)

-vs-

JESSICA YANG A/K/A YANG XIAO GENG A/K/A JESSICA QIAO, ET. AL.

Defendant(s)-Respondent(s)

STATE OF NEW YORK        }
COUNTY OF SARATOGA       ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 15, 2019 at 1:20 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTOR AND COMPLAINT AND CIVIL COVER SHEET**
bearing index number: 1:19-CV-02026-FB-    and date of filing: 4/9/2019
upon **BEAUTY LOVER EXPRESS, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NEW YORK 12210**

**MANNER OF SERVICE**

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 306 BCL.
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on          . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested. Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of           or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE             Race/Skin Color: WHITE          Hair Color: BLONDE
Approximate Age: 45 years   Approximate Height: 5'7"     Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 15, 2019

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
affidavit # 194060
NLS # 19-4260

Mark E. McClosky
Deponent

FIRM FILE # 500232

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK    FILED ON: 4/9/2019    INDEX NO.: 1:19-CV-02026-FB-CLP

KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD    Plaintiff(s)-Petitioner(s)

-vs-

JESSICA YANG A/K/A YANG XIAO GENG A/K/A JESSICA QIAO, ET. AL.    Defendant(s)-Respondent(s)

STATE OF NEW YORK      }
COUNTY OF SARATOGA     ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 15, 2019 at 1:20 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTOR AND COMPLAINT AND CIVIL COVER SHEET**
bearing index number: 1:19-CV-02026-FB-   and date of filing: 4/9/2019
upon **GREAT KINGSLAND, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NEW YORK 12210**

**MANNER OF SERVICE}**

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 306 BCL .
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on        . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of            or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE         Race/Skin Color: WHITE         Hair Color: BLONDE
Approximate Age: 45 years   Approximate Height: 5'7"    Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 15, 2019

Notary Public, State of New York                Mark E. McClosky
Karen E. Rock                                    Deponent
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
   affidavit # 194057
   NLS # 19-4260

FIRM FILE # 500229

U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN-NY COUNTY

KOON CHUN HING KEE SOY & SAUCE FACTORY LTD

vs                                                                 *Plaintiff*

JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO, ET AL

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:19-CV-02026-FB-CLP
DATE FILED: 04/09/2019
Job #: 500226
Client File#

PETER SVERD, LLC
225 BROADWAY SUITE 613
NEW YORK, NY 10007

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

STEVEN J SCLAFANI, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/15/2019 at 9:57 PM at 67-49 166TH STREET, FRESH MEADOWS, NY 11365 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET on YI Q ZHAN AKA YI QIANG ZHAN AKA JIMMY ZHAN therein named After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with EDMOND ZHAN SON a person of suitable age and discretion at 67-49 166TH STREET, FRESH MEADOWS, NY 11365 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET on 04/16/2019 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Mailing was made to 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Deponent previously attempted to serve the above named individual on
04/13/2019 12:46 PM 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Male, **Approx Skin**: Asian, **Approx Hair**: Black
**Other**:

Deponent spoke to EDMOND ZHAN
Inquired as to the YI Q ZHAN AKA YI QIANG ZHAN AKA JIMMY ZHANs place of residence and received a positive reply and confirmed the above address of YI Q ZHAN AKA YI QIANG ZHAN AKA JIMMY ZHAN and asked whether YI Q ZHAN AKA YI QIANG ZHAN AKA JIMMY ZHAN was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the YI Q ZHAN AKA YI QIANG ZHAN AKA JIMMY ZHAN always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the YI Q ZHAN AKA YI QIANG ZHAN AKA JIMMY ZHAN is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 04/16/2019
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21



Steven Sclafani

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373

U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN-NY COUNTY

KOON CHUN HING KEE SOY & SAUCE FACTORY LTD

                vs                Plaintiff

JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO, ET AL

                                    Defendant

N
COURT DATE & TIME: AT
INDEX #: 1:19-CV-02026-FB-CLP
DATE FILED: 04/09/2019
Job #: 500227
Client File#

PETER SVERD, LLC
225 BROADWAY SUITE 613
NEW YORK, NY 10007

CLIENT'S FILE NO.:                        **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

I, STEVEN J SCLAFANI, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/15/2019 at 9:57 PM at 67-49 166TH STREET, FRESH MEADOWS, NY 11365, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET

by personally delivering to and leaving with EDMOND ZHAN for GREAT MARK CORPORATION, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Male, **Approx Skin**: Asian, **Approx Hair**: Black

04/13/2019 12:46 PM 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Sworn to before me on 04/16/2019
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21



Steven Sclafani

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373

U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN-NY COUNTY

KOON CHUN HING KEE SOY & SAUCE FACTORY LTD

*Plaintiff*

vs

JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO, ET AL

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:19-CV-02026-FB-CLP
DATE FILED: 04/09/2019
Job #: 500225
Client File#

PETER SVERD, LLC
225 BROADWAY SUITE 613
NEW YORK, NY 10007

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

STEVEN J SCLAFANI, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/15/2019 at 9:57 PM at 67-49 166TH STREET, FRESH MEADOWS, NY 11365 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET on JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO therein named
After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with EDMOND ZHAN CO-TENANT a person of suitable age and discretion at 67-49 166TH STREET, FRESH MEADOWS, NY 11365 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET on 04/16/2019 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Deponent previously attempted to serve the above named individual on
04/13/2019 12:46 PM 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Male, **Approx Skin**: Asian, **Approx Hair**: Black
**Other**:

Deponent spoke to EDMOND ZHAN
Inquired as to the JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAOs place of residence and received a positive reply and confirmed the above address of JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO and asked whether JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 04/16/2019
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21



Steven Sclafani

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ON: 4/9/2019     INDEX NO.: 1:19-CV-02026-FB-CLP

KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD

Plaintiff(s)-Petitioner(s)

-vs-

JESSICA YANG A/K/A YANG XIAO GENG A/K/A JESSICA QIAO, ET. AL.

Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SARATOGA  ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 15, 2019 at 1:20 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTOR AND COMPLAINT AND CIVIL COVER SHEET** bearing index number: 1:19-CV-02026-FB-  and date of filing: 4/9/2019
upon **EZ FANTASY, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NEW YORK 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 306 BCL .
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on         . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by ___first class mail ___certified mail ___registered mail ___return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of          or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE         Race/Skin Color: WHITE         Hair Color: BLONDE
Approximate Age: 45  years   Approximate Height: 5'7"     Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 15, 2019

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
affidavit # 194059
NLS # 19-4260

Mark E. McClosky
Deponent