# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          FILED ON: 4/9/2019     INDEX NO.: 1:19-CV-02026-FB-CLP

KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD                 Plaintiff(s)-Petitioner(s)

-vs-

JESSICA YANG A/K/A YANG XIAO GENG A/K/A JESSICA QIAO, ET. AL.
                                                           Defendant(s)-Respondent(s)

STATE OF NEW YORK       }
COUNTY OF SARATOGA      ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 15, 2019 at 1:20 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTOR AND COMPLAINT AND CIVIL COVER SHEET** bearing index number: 1:19-CV-02026-FB-    and date of filing: 4/9/2019
upon **STAR MARK MANAGEMENT, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NEW YORK 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 306 BCL .
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on       . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of              or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE            Race/Skin Color: WHITE           Hair Color: BLONDE
Approximate Age: 45   years   Approximate Height: 5'7"   Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 15, 2019

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
   affidavit # 194056
   NLS # 19-4260

Mark E. McClosky
Deponent

FIRM FILE # 500228