U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN-NY COUNTY

KOON CHUN HING KEE SOY & SAUCE FACTORY LTD

Plaintiff

vs

JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO, ET AL

Defendant

COURT DATE & TIME: AT
INDEX #: 1:19-CV-02026-FB-CLP
DATE FILED: 04/09/2019
Job #: 500225
Client File#

PETER SVERD, LLC
225 BROADWAY SUITE 613
NEW YORK, NY 10007

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

STEVEN J SCLAFANI, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/15/2019 at 9:57 PM at 67-49 166TH STREET, FRESH MEADOWS, NY 11365 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET on JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO therein named
After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with EDMOND ZHAN CO-TENANT a person of suitable age and discretion at 67-49 166TH STREET, FRESH MEADOWS, NY 11365 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET on 04/16/2019 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Deponent previously attempted to serve the above named individual on
04/13/2019 12:46 PM 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Male, **Approx Skin**: Asian, **Approx Hair**: Black
**Other**:

Deponent spoke to EDMOND ZHAN
Inquired as to the JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAOs place of residence and received a positive reply and confirmed the above address of JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO and asked whether JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 04/16/2019
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21



Steven Sclafani

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373