KOON CHUN HING KEE SOY & SAUCE FACTORY LTD

*Plaintiff*

vs

JESSICA YANG AKA YANG XIAO GENG AKA JESSICA QIAO, ET AL

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:19-CV-02026-FB-CLP
DATE FILED: 04/09/2019
Job #: 500227
Client File#

PETER SVERD, LLC
225 BROADWAY SUITE 613
NEW YORK, NY 10007

CLIENT'S FILE NO.:                                    **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

I, STEVEN J SCLAFANI, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/15/2019 at 9:57 PM at 67-49 166TH STREET, FRESH MEADOWS, NY 11365, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET

by personally delivering to and leaving with EDMOND ZHAN for GREAT MARK CORPORATION, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Male, **Approx Skin**: Asian, **Approx Hair**: Black

04/13/2019 12:46 PM 67-49 166TH STREET, FRESH MEADOWS, NY 11365

Sworn to before me on 04/16/2019
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21



Steven Sclafani

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373