

THE LAW OFFICES OF
**PETER SVERD**
P L L C

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

May 24, 2019

<u>Via Facsimile 718-613-2365 & E-File</u>
Hon Magistrate Judge Cheryl L. Pollack
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

       Re: Koon Chun v. Jessica Yang, et al.
          Case No.: 1:19-cv-02026-FB-CLP
          <u>**First Request to Adjourn Initial Conference**</u>

Greetings Hon. Magistrate Judge Pollack,

  My law firm represents the Plaintiff Koon Chun in the above captioned matter. The undersigned respectfully requests that the initial conference scheduled in this case for May 29, 2019, at 3:30 pm be adjourned to another date convenient to The Court. The undersigned has a mediation that has been paid for and that has been scheduled on the same date.
  The undersigned corresponded with the attorneys for the defendants in this matter and they have consented to this first request for adjournment of the Initial Conference in this matter.
  Thank you for your courtesy in this matter.

Very truly yours,

*Peter Sverd*
Peter Sverd,Esq.

cc. Clera Errington, Esq. Jones Law Firm P.C.

```
TRANSMISSION VERIFICATION REPORT

                                          TIME  : 05/24/2019 15:31
                                          NAME  : OFFICE 225 BROADWAY
                                          FAX   : 2129649516
                                          TEL   : 2129649516
                                          SER.# : U63274L7J514304


DATE,TIME              05/24  15:31
FAX NO./NAME           17186132365
DURATION               00:00:39
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
```



THE LAW OFFICES OF
**PETER SVERD**
P L L C

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

# FAX TRANSMISSION

| To: | Hon Magistrate Judge Cheryl L. Pollack<br>Clela A. Errington, Esq. via email | Date: | May 24, 2019 |
|---|---|---|---|
| Fax: | 718-613-2365 | Page(s): | 2, including this cover page |
| From: | Peter Sverd, Esq. | | |
| Re: | Koon Chun v. Jessica Yang, et al.<br>Case No.: 1:19-cv-02026-FB-CLP<br>First Request to Adjourn Initial Conference | | |
| Comments: | | | |