

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖷 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

September 29, 2019

The Hon.  Cheryl L.Pollack
 United States Magistrate Judge
 Chambers Room 1230 South
225 Cadman Plaza East
Brooklyn, NY 112501

> Re:   Koon Chun v.  Yang, et al
>       Case No.: 1:19-cv-02026(FB)(CLP)
>       <u>REQUEST TO ADJOURN COURT CONFERENCE OR
>       APPEAR BY PHONE OR BY PER DIEM ATTORNEY</u>

Greetings Judge  Pollack,

Please note that the undersigned is the attorney for plaintiff in the above referenced matter. The undersigned respectfully request that the Status Conference scheduled in this matter for Tuesday, October 1, 2019, at 12:30, by adjourned to early November.  The parties will have exchange over 7,000 document by October 1, 2019, and the Plaintiff has served not less than five (5) non-party subpoenas, which have not heretofore been replied to.  Plaintiff will not be in a position to conduct deposition of the defendants in this matter until the subpoenas are responded to.  In the alternative, counsel requests to appear by phone, at teh conference, or send a per diem, as the undersigned is out of  state for the Jewish Holiday and will not be returning to New York until Wednesday. The undersigned has not conferred with defendants' counsel on this motion.

Thank you for your consideration and courtesy in this matter.

Very truly yours,

*Peter Sverd*

Peter Sverd, Esq.