

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

October 3, 2019

Via ECF
Magistrate Judge Cheryl L. Pollak
The United States District Court Judge
Eastern District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *O'Rourke v. Koon Chun Hing Kee Soy & Sauce Factor, Ltd. v. Yang et al., Case No.: 1:19-cv-02026-FB-CLP*
             <u>**NO ACTION REQUIRED BY COURT LETTER**</u>

Dear Judge Pollak,

    Please accept this letter as Plaintiff's response to the Court's inquiry as to the five subpoenas duces tecum filed at ECF docket numbers 23, 24, 25, 26 and 27. The defendants were served the subpoenas via ECF, and no action is required by the Court with respect to same.

Very truly yours,

*Peter Sverd*

Peter Sverd, Esq.