

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

September 10, 2021

The Hon. Senior Judge Frederic Block
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 112501

          **Re:**    <u>**Koon Chun v. Yang. et al.**</u>
                 <u>**Case No.: 1:19-cv-02026 (FB)(CLP)**</u>
                 <u>**Status Update. Briefing Schedule.**</u>

Greetings Hon. Senior Judge Block,

      The undersigned represents Plaintiff, Koon Chun Hing Kee Soy & Sauce Factory, Ltd. in this matter.

      The parties will not be participating in Court Mediation at this time. Plaintiff will serve its motion for summary judgment on or before October 25, 2021. Defendants shall reply or cross-move on or before November 19, 2021. Plaintiff shall file reply and opposition to cross-motion (if made), on or before November 30, 2021. The completed motion documents will be presented to Your Honor in accordance with Your Rules.

Thank you for your attention this matter.

Very truly yours,

*[signature]*

Peter Sverd, Esq.

cc. Bryce Jones, Esq. by ECF Only.