November 16, 2021

Hon. Frederic Block
United States District Court
Senior Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Request for an Extension to File Opposition of Summary Judgement and Cross-Motion in Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Jessica Yang et al, No. 1:19-cv-02026**

Dear Judge Block:

I am counsel for the Defendants in the above-captioned action. Due to an unexpected family obligation, I write to request a 10-day extension to file Defendants' opposition to Plaintiff's motion in favor of summary judgment. Pursuant to Part I.D. of this Court's Individual Rules:

1. the original date for Defendants' opposition is November 19, 2021
2. no previous request for an extension has been made, and
3. counsel for Plaintiff consents to this extension.

The proposed scheduled dates for the remaining papers on the summary judgment are

a. Defendants shall reply or cross-move on or before Monday, November 29, 2021.
b. Plaintiff shall file reply and opposition to cross-motion (if made), on or before Friday, December 10, 2021.

The completed motion documents will be presented to Your Honor in accordance with Your Rules.

On behalf of both counsels, thank you for your time and attention on this matter.

Respectfully,

/s/Bryce Jones
T. Bryce Jones