UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD, <br><br>Plaintiff,<br><br>v.<br><br>JESSICA YANG a/k/a YANG XIAO GENG a/k/a JESSICA QIAO, YI Q. ZHAN a/k/a YI QIANG ZHAN a/k/a JIMMY ZHAN, STAR MARK MANAGEMENT, INC. GREAT MARK CORPORATION, GREAT KINGSLAND, INC., G.K. EXOTIC, INC., EZ FANTASY, INC., BEAUTY LOVER EXPRESS, INC., JOHNSON STORAGE, INC., ZME GALAXY FORPO, J&J GLOBAL USA, INC., and EDMUND ZHAN,<br><br>Defendants. | No. 19-02026<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the declaration of T. Bryce Jones dated November 29, 2021, memorandum of law, and any exhibits annexed thereto, the Defendants JESSICA YANG a/k/a YANG XIAO GENG a/k/a JESSICA QIAO, YI Q. ZHAN a/k/a YI QIANG ZHAN a/k/a JIMMY ZHAN, STAR MARK MANAGEMENT, INC. GREAT MARK CORPORATION, GREAT KINGSLAND, INC., G.K. EXOTIC, INC., EZ FANTASY, INC., BEAUTY LOVER EXPRESS, INC., JOHNSON STORAGE, INC., ZME GALAXY FORPO, J&J GLOBAL USA, INC., and EDMUND ZHAN will move this Court of Honorable Frederic Block in Courtroom 10C S of the United States District Court, Eastern District of New York on 225 Cadman Plaza East; Brooklyn, NY 11201 on December 10, 2021 or as soon thereafter as counsel can be heard for summary judgment in favor of Defendants on all causes of action and to deny the motion for summary judgment in favor of the Plaintiffs.

Dated: November 29, 2021
       New York, NY

<u>/s/ Bryce Jones</u>  
T. Bryce Jones, Esq.  
Jones Law Firm, P.C.  
1270 Avenue of the Americas, Seventh Floor  
New York, NY 10020  
(212) 258-0685  
bryce@joneslawnyc.com
