UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD,

                        Plaintiff,

v.

JESSICA YANG a/k/a YANG XIAO GENG a/k/a
JESSICA QIAO, YI Q. ZHAN a/k/a YI QIANG ZHAN
a/k/a JIMMY ZHAN, STAR MARK MANAGEMENT, INC.,
GREAT MARK CORPORATION, GREAT KINGSLAND,
INC., G.K EXOTIC, INC., EZ FANTASY, INC.,
BEAUTY LOVER EXPRESS, INC.
JOHNSON STORAGE, INC., ZME GALAXY CORP., J & J
GLOBAL USA, INC., and EDMUND ZHAN,

                        Defendants.
---------------------------------------------------------------------------X

Case No.: 1:19-cv-02026(FB) (CLP)

**SEALING ORDER**

      Plaintiffs, having moved to file under seal Rule 56 Statement of Undisputed Facts Confidential Submission, with two (2) confidential exhibits attached thereto (Exhibits 23, and 30), in support of its motion, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order the said documents in this case to be filed under seal, it is hereby

      ORDERED the Plaintiff's Rule 56 Statement of Undisputed Facts Confidential Submission, with two (2) confidential exhibits attached thereto (Exhibits 23, and 30), in support of its motion for summary judgment may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the said documents to the Clerk of Court in the traditional manner, in paper form.

Dated:  December 13, 2021
          New York, New York

**SO ORDERED:**

  /S/  Frederic Block
United States District Judge