

THE LAW OFFICES OF
PETER SVERD
P L L C

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

October 12, 2022

The Hon. Senior Judge Frederic Block
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 112501

    **Re:**   **Koon Chun v. Yang. et al.**
        **Case No.: 1:19-cv-02026 (FB)(CLP)**
        **Status Update on Motions**

Greetings Hon. Senior Judge Block,

  The undersigned represents Plaintiff, Koon Chun Hing Kee Soy & Sauce Factory, Ltd. in this matter.

  Plaintiff is inquiring as to the status of the Court's decision on Plaintiff's motion for Summary Judgment (Doc. 64), and the Defendants' cross-motion (Doc. 65) both filed on December 10, 2021.

Thank you for your attention this matter.

Very truly yours,

*[signature]*

Peter Sverd, Esq.


cc. Bryce Jones, Esq. by ECF Only.