

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

October 24, 2022

The Hon. Senior Judge Frederic Block
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 112501

     **Re:** **Koon Chun v. Yang. et al.**
       **Case No.: 1:19-cv-02026 (FB)(CLP)**
       **ADJOURN ORAL ARGUMENT DATE**

Greetings Hon. Senior Judge Block,

  The undersigned represents Plaintiff, Koon Chun Hing Kee Soy & Sauce Factory, Ltd. in this matter.

  Regrettably, I am unable to guaranty my attendance at oral argument re-scheduled in this matter for 3 pm, October 26, 2022. I must attend a mandatory mediation conference at 2 pm on the 26th at 60 Centre Street.

  After consulting with Bryce Jones, Esq., we have both identified October 27, and October 28 as available dates for oral argument. If those dates are not amenable to The Court we request that a date for oral argument be set for any date after November 15, 2022.

Thank you for your courtesy in this matter.

*/s/ Peter Sverd*

Peter Sverd, Esq.

cc. Bryce Jones, Esq. by ECF Only.