UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
KOON CHUN HING KEE SOY &
SAUCE FACTORY, LTD.,

     Plaintiff,

  -against-

JESSICA YANG a/k/a YANG XIAO
GENG a/k/a JESSICA QIAO, YI Q.
ZHAN a/k/a YI QIANG ZHAN a/k/a
JIMMY ZHAN, STAR MARK
MANAGEMENT, INC., GREAT
MARK CORPORATION, GREAT
KINGSLAND, INC., G.K EXOTIC,
INC., EZ FANTASY, INC., BEAUTY
LOVER EXPRESS, INC., JOHNSON
STORAGE, INC., ZME GALAXY
CORP., J & J GLOBAL USA, INC., and
EDMUND ZHAN,

     Defendants.
-----------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 19-CV-2026-FB-JRC

**BLOCK, Senior District Judge:**

  In 2010, Koon Chun Hing Kee Soy & Sauce Factory, Ltd. ("Koon Chun"),

obtained a $989,426.13 judgment against, *inter alii*, Yi Qiang Zhan a/k/a JIMMY

ZHAN.   In 2022, the Court added JESSICA YANG a/k/a YANG ZIAO GENG

a/k/a JESSICA QIAO as a debtor to that judgment.   *See Koon Chun Hing Kee Soy*

*& Sauce Factory, Ltd. v. Yang*, 2022 WL 16715976 (E.D.N.Y. Nov. 4, 2022).

Koon Chin now moves to consolidate the cases underlying those judgments and to

sell property owned by Zhan and Yang in satisfaction of them.

Zhan has not opposed the motion.   Yang has filed an opposition *pro se*. She offers no legal basis for preventing the sale, but claims the homestead exemption of N.Y.C.P.L.R. § 5206.   In reply, Koon Chun amends its request to sell the property subject to Yang's homestead exemption.[1]

Accordingly, Koon Chun's motion is granted.   Koon Chun is authorized to proceed with the sale of Block 6920, Lot 11, in the Borough of Queens (commonly known as 166th Street, Fresh Meadows, Queens).   In addition, since execution of the judgments are likely to present common issues, the Clerk shall consolidate *Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Star Mark Management, Inc. et al.*, Case No. 04-CV-2293, with this case.

**SO ORDERED.**


      _/S/ Frederic Block_____
      FREDERIC BLOCK
      Senior United States District Judge

Brooklyn, New York
September 28, 2023

---

[1] Although Yang claims the homestead exemption on behalf of herself and Zhan, Zhan himself has not claimed it.   There is no authority for the proposition that one spouse can claim the exemption on behalf of the other.

2